### Rafael CASAS v. STATE.
### No. 16539.

Court of Criminal Appeals of Texas.

Dec. 20, 1933.

Frank J. Galvan, Jr., of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Rape is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.